IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 24- |
| v. | : | DATE FILED: _____ |
| YANIV GOLA | : | VIOLATIONS:<br>18 U.S.C. § 875(c) (interstate |
| | : | communication of threats - 8 counts) |

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES THAT:**

At all times material to this information:

## BACKGROUND

1. Defendant YANIV GOLA was a resident of Philadelphia, Pennsylvania.

2. Defendant YANIV GOLA used a Voice over Internet Protocol ("VoIP") service provider to obtain telephone phone numbers that could be used from any smart phone, tablet or desktop computer with an internet connection, despite having his own cellular telephone number.

3. VoIP technology allows users to transmit the human voice using a broadband internet connection instead of a cellular or analog telephone line. In addition, VoIP technology permits users to mask their true telephone numbers – and thus, their true identities – while making calls.

## COUNTS ONE THROUGH EIGHT

4. On or about the dates listed below, in the Eastern District of Pennsylvania, the District of New Jersey, the District of Delaware, and elsewhere, defendant

## YANIV GOLA

knowingly, with the knowledge that the communications would be viewed as threats and for the purpose of issuing threats, transmitted in interstate commerce communications, that is, electronic communications transmitting his voice using a VoIP service, which contained threats to injure, rape, and kill the victims as described below for each count, each communication constituting a separate count:

| Count | Date | Victim | Threatening Communication |
|---|---|---|---|
| 1 | August 2, 2022 | G.M. | *You better be careful, little bitch ... you better be careful. We know where you live. And of course we know where you are ... you better be careful. There is nothing you can do about it. Or the police. ... I would be very careful. You don't know who we are, but we know who you are, and we have your address. ... Take it as a joke bitch ... because you're not going to be laughing. ... We know your address. And the police can't help you. And this is a threat. So go ahead and call the police. I would like to talk to the police right now. ... You're not going to be laughing when we're done with you. So go ahead, keep going, keep talking. ... When we're done with you, you're not going to be able to figure out anything.* |
| 2 | June 14, 2023 | R.G. | *You f\*cking Jew, now I know where you are. I'm going to kill all you Jews. ... you Jews are all so greedy. You all should be shoved back into ovens. ... I'm going down to [R.G.'s business location] to kill you.* |
| 3 | June 15, 2023 | T.G. | *How's [T.G.] doing? We love [T.G.]. We're going to rape [T.G.]. [stating T.G.'s home address.]* |
| 4 | June 15, 2023 | M.R. | *I'm going to stick a dildo up your vagina and split it in two.* |
| 5 | June 16, 2023 | R.K. | *I want to put a bullet in your head ... You f\*cking Muslims.* |

| 6 | June 29, 2023 | W.G. | *Bitch, call the police, this is a threat … We're going to cave in your skull with a baseball bat.* |
| 7 | September 30, 2023 | N.K. | *I will come kill you, you better watch your back.* |
| 8 | November 5, 2023 | D.M. | *You're Jewish, I'm from Hamas. You're animals and pigs. … If you don't leave that place, we're going to blow you up.* |

All in violation of Title 18, United States Code, Section 875(c).

_____
**JACQUELINE C. ROMERO**
**UNITED STATES ATTORNEY**

*No.*_ _ _ _ _ _ _ _ _ _

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

YANIV GOLA

INFORMATION

18 U.S.C. § 875(c) (interstate communication of threats - 8 counts)

A true bill.

_____
Foreperson

Filed in open court this _____day,
Of _____A.D. 20_____

_____
Foreperson

Bail, $_____