IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *Plaintiff* | : : : | |
| v. | : : | CRIMINAL NO.: 24-044 |
| YANIV GOLA *Defendant* | : : : | |

## NOTICE OF ARRAIGNMENT/INITIAL APPEARANCE

1.  **TAKE NOTICE** that you are **ORDERED** to appear before **THE HONORABLE KAI N. SCOTT** for an:

    ☒ **ARRAIGNMENT** in the above matter on **FEBRUARY 14, 2024**, at **2:00 P.M.,** in **Courtroom No. 5C**, 5TH Floor, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

2.  In order for the court to be provided with verified information regarding community and family ties in connection with the bail determination process, it is important that you contact the Pretrial Services Agency at 267-299-4400 immediately. You will not be questioned concerning the offense for which you are charged and the information that you provide will be used for bail purposes only.

3.  *IF YOU FAIL TO APPEAR PURSUANT TO THIS NOTICE, YOU WILL BE SUBJECT TO ARREST BY THE UNITED STATES MARSHAL.*

4.  Please consult with your attorney before the date fixed for arraignment.
    *NOTE: If you do not have an attorney and cannot afford to hire one, an attorney will be appointed for you by the Court. If you want an attorney to be appointed for you, take these papers immediately to the office of the Defender Association, Suite 540 West, 601 Walnut Street, Philadelphia, Pennsylvania, 19106, 215-928-1100. If you qualify for an appointment of counsel, the Court will appoint either the Defender Association or a member of the Federal Defense Panel.*

☐ A   INTERPRETER REQUIRED.

This case has been assigned to
**THE HONORABLE KAI N. SCOTT**
**United States District Court Judge**

For information communicate with
**Susan Flaherty, Courtroom Deputy**
**Phone: 267-299-7598**
**Email: Susan_Flaherty@paed.uscourts.gov**

NOTICE TO:   Defendant
David Bahuriak, Esq
 J. Jeanette Kang, AUSA
United States Marshal
Pretrial Services
Interpreter Coordinator