IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 24-044 |
| | : | |
| YANIV GOLA | : | |
| Out of Custody | : | |

## NOTICE OF HEARING

Take notice that the defendant in the above-entitled case is scheduled for a **SENTENCING** hearing on **September 4, 2024, at 10am** before the **Honorable Kai N. Scott** in **Courtroom 13B** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

**\*\*\* COUNSEL SHALL SUBMIT A SENTENCING MEMORANDUM TO THE COURT NO LATER THAN SEVEN (7) BUSINESS DAYS PRIOR TO THE HEARING.**

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A           interpreter will be required for the defendant.

☐ **This proceeding has been rescheduled from**

**For additional information, please contact the undersigned.**

By:        s/Sue Flaherty
**Susan Flaherty, Courtroom Deputy**
**to the Hon. Kai N. Scott**
**Phone: 267-299-7598**

**Date:**
cc via U.S. Mail:   Mr. Yaniv Gola
cc via email:       David Bahuriak, Esq.
                    Jee-Eun jeanette Kang, AUSA
                    U.S. Marshal
                    Court Security
                    Probation Office
                    Pretrial Services
                    Interpreter Coordinator